# United States District Court
# Violation Notice

CVB Location Code

GM2

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBKQ005X | Brooks | 2387 |

FBKQ005X

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/31/2024 15:28 | FED 21 USC 844 |

Place of Offense

Wise Creek

Offense Description: Factual Basis for Charge          HAZMAT ☐
21 USC 844 - Simple possession

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Daniels | John | H |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F   Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:                                                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | | |

A [X]  IF BOX A IS CHECKED, YOU
MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐  IF BOX B IS CHECKED, YOU MUST
PAY AMOUNT INDICATED BELOW
OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount

$ 30.00   Processing Fee

PAY THIS AMOUNT                        Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear
for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FBKQ005X

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____08/31/2024_____ while exercising my duties as a law enforcement

officer in the _____Middle_____ District of _____GA_____


Pursuant to 16USC 551: Wise Creek, Oconee National Forest. On 31 August 2024 at approximately 1528 hours, I, LEO NaQuan Brooks was conducting routine site and compliance checks at Wise Creek on the Oconee National Forest. While patrolling, I approached the campsite and was met immediately by John H. DANIELS and asked multiple questions about what was done wrong. Given my training and experience, I looked around to ensure that he and I was safe given the cues of nervousness shown by DANIELS. While observing the site, I noticed a cut tree in the campsite. Before saying anything about it, DANIELS exclaimed numerous times that he did not cut the tree. I, LEO BROOKS, then asked if there were any weapons at the site that I needed to be concerned about. DANIELS showed me a handgun and admitted to having marijuana when asked, after I observed paraphernalia that matches with the use of marijuana. While retrieving the marijuana, I noticed a variety of pill bottles in the vehicle and asked if I could check them out. Given permission, I investigated further into the pill bottles and JOHN H. DANIELS admitted that pills not prescribed to him were in some of the bottles and that some of the bottles were not his, although they were given to him. After further investigation into the bottles, one of the bottles was labeled to contain OXYCODONE, which is classified as a Schedule II Opiate. I, LEO Brooks, observed other drugs that were linked to a class of benzodiazepines, which are Schedule IV drugs. Other narcotics observed at the scene could not be classified and Jasper County Sheriff Office was contacted to assist. Jasper County Deputy Thomas confirmed the benzodiazepines but also could not identify the other narcotic. Evidence will be seized and sent to drug labs for further investigation. After identifying felony drug offenses, I asked JOHN DANIELS if there was someone else that was nearby or that could get his two kids that were at the campsite with him. Other violation notices and warnings were issued and after stating no one could get his kids at the time, I, LEO Brooks issued Mandatory Appearance Violation Notice for the following felony crime: 21 USC 844: Possession of Controlled Substances
          -State Statute 16-13-75 states that drugs carried by anyone other than the individual the drugs are prescribed is also a crime.


The foregoing statement is based upon:


I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.


Executed on:

_____08/31/2024_____                    _NBud_____
Date (mm/dd/yyyy)                          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.


Executed on:     _____

Date (mm/dd/yyyy)               U.S. Magistrate Judge


HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident